

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-12-00163-CV

**TAMAS KALMAR-NAGY,**

**Appellant**

**v.**

**AGNES JAVORSZKY,**

**Appellee**

_____

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 11-001511-CV-272

---

## MEMORANDUM  OPINION

---

Tamas Kalmar-Nagy attempts to appeal from various pre-trial rulings by the trial court.  By letters dated May 21, 2012 and June 14, 2012, the Clerk of this Court notified Kalmar-Nagy that pursuant to Rules 42.3 and 44.3 of the Texas Rules of Appellate Procedure, this case was subject to dismissal because it appeared that the orders being appealed were interlocutory and an interlocutory appeal was not authorized.  S*ee* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a) (West Supp. 2011).  The Clerk then also warned Kalmar-Nagy that the Court may dismiss this appeal unless, within 21 days from the date of the letters, a response was filed showing grounds for continuing the

appeal. The Clerk's letters were sent to Kalmar-Nagy at both his address in Budapest, Hungary and his address in Bryan, Texas. No response has been received.

This appeal is dismissed.

Absent a specific exemption, the Clerk of this Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. § 51.207(b); § 51.941(a) (West 2005); and § 51.208 (West Supp. 2010). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed July 26, 2012
[CV06]